[Nos. 22301-5-II; 22401-1-II.   Division Two.   March 12, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE
NAPOLEAN HERRERA, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. JOSE DOLORES
HERRERA, *Appellant*.

Appeals from judgments of the Superior Court for
Cowlitz County, Nos. 97-1-00391-9, 97-1-00390-1, James E.
Warme, J., entered August 14, 1997. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan
and Hunt, JJ.

[No. 22430-5-II.   Division Two.   March 12, 1999.]

*In the Matter of the Marriage of* HOLLIS ANN ZEMAN,
*Respondent*, and ALVIN ROBERT ZEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 96-3-01135-1, M. Karlynn Haberly, J., entered
January 30, 1998. *Affirmed* by unpublished opinion per
Seinfeld, J., concurred in by Bridgewater, C.J., and Armstrong, J.

[No. 22644-8-II.   Division Two.   March 12, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL
LAWRENCE SANDERS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 97-1-00890-5, John F. Nichols, J., entered
October 23, 1997. *Affirmed* by unpublished opinion per
Bridgewater, C.J., concurred in by Houghton and Hunt, JJ.